ACCEPTED
03-14-00774-CV
8235355
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 9:08:55 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 9:08:55 AM
JEFFREY D. KYLE
Clerk

December 15, 2015

Mr. Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
209 W. 14th Street, Room 101
Austin, Texas 78701

Re:  Case No. 03-14-00774-CV; Texas State Board of Veterinary Medical Examiners, et al., Appellants/Cross-Appellees v. Ellen Jefferson, D.V.M. Appellee/Cross-Appellant; Third Court of Appeals, Austin, Texas

Dear Mr. Kyle:

This letter is to advise the Court that the parties to the referenced appeal have reached an agreement regarding the allotment of time for this Wednesday's oral argument. Appellees/Cross-Appellants (Vet Board, et al.) intend to stand on their brief regarding their rule challenge appeal.  I will of course be happy to answer any questions from the Court on that issue.  With that in mind, the parties have agreed to the following:

1.  Appellee/Cross-Appellant (Dr. Jefferson):  15 minutes.
2.  Appellants/Cross-Appellees:  20 minutes
3.  Dr. Jefferson rebuttal:  5 minutes

Thank you for your attention to this matter, and please advise if you have any questions.

Very truly yours,

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

cc:  David Brown (via e-services)
     David Blanke (via e-services
     Ryan Clinton (via e-services